1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAYMOND MCGINNIS, | ) | 1:12cv02045 DLB PC |
| | ) | |
| Plaintiff, | ) | ORDER DENYING PLAINTIFF'S |
| | ) | MOTION FOR SANCTIONS |
| v. | ) | |
| | ) | (Document 14) |
| B. ATKINSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

Plaintiff Raymond McGinnis ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 28 U.S.C. § 1983. Plaintiff filed this action on December 17, 2012.[1] This action is proceeding against Kern Valley State Prison Correctional Officer B. Atkinson.

On July 29, 2013, the Court directed the United States Marshal to serve the complaint.

On October 22, 2013, Defendant filed a request for an extension of time to file a responsive pleading. The Court granted the request on October 23, 2013. Defendant has until December 14, 2013, to file a responsive pleading.

On November 4, 2013, Plaintiff filed a motion for sanctions in which he appears to request that default be entered against Defendant based on his failure to timely respond to the complaint.

---

[1] On January 2, 2013, Plaintiff consented to the jurisdiction of the United States Magistrate Judge.

1

However, default is not appropriate at this time as the Court has granted an extension of time and Defendant is not yet in default. Although Plaintiff disagrees with Defendant's request for an extension, it does not alter the fact that the Court has afforded Defendant additional time to respond.

Accordingly, Plaintiff's motion is DENIED.

IT IS SO ORDERED.

Dated:   **November 13, 2013**               /s/ *Dennis L. Beck*
                                        UNITED STATES MAGISTRATE JUDGE