# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND McGINNIS,<br><br>  Plaintiff,<br><br>  v.<br><br>B. ATKINSON,<br><br>  Defendant. | 1:12cv02045 DLB PC<br><br>ORDER DIRECTING DEFENDANT TO CONSENT OR DECLINE UNITED STATES MAGISTRATE JUDGE JURISDICTION WITHIN FOURTEEN DAYS |

This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Raymond McGinnis, a state prisoner proceeding pro se and in forma pauperis. This action is currently assigned only to the undersigned based on Plaintiff's consent to United States Magistrate Judge jurisdiction and Appendix A(k)(4) of the Local Rules of the Eastern District of California. Defendant Atkinson has now appeared in the action. Therefore, Defendant shall notify the Court within fourteen (14) days from the date of service of this order whether Defendant consents or declines to United States Magistrate Judge jurisdiction.

IT IS SO ORDERED.

Dated:   **March 10, 2014**          /s/ Dennis L. Beck
                             UNITED STATES MAGISTRATE JUDGE

1