# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND McGINNIS, | 1:12cv02045 AWI DLB PC |
| Plaintiff, | ORDER REGARDING PLAINTIFF'S FAILURE TO OPPOSE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| B. ATKINSON, | TWENTY-ONE DAY DEADLINE |
| Defendant. | |

This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Raymond McGinnis, a state prisoner proceeding pro se and in forma pauperis. Plaintiff filed this action on December 17, 2012. The action is proceeding against Defendant Atkinson for violation of the Eighth Amendment.

On December 9, 2014, Defendant filed a motion for summary judgment based on exhaustion. The motion included the requirements for opposing summary judgment. However, Plaintiff has not filed an opposition.

The Court notes that Defendant's motion was originally filed in December 2013 as a motion to dismiss. Plaintiff filed an opposition in February 2014. The motion was subsequently converted into a motion for summary judgment and Plaintiff was granted an opportunity to conduct Rule 56(d) discovery. Plaintiff was also afforded an opportunity to file a supplemental opposition, but he did not do so.

1 On September 26, 2014, the Court denied the motion for summary judgment for
2 administrative purposes, without prejudice to refiling

3 The Court will permit Plaintiff to file an opposition to the December 9, 2014, motion for
4 summary judgment within twenty-one (21) days of the date of this order. Defendant may file a reply
5 to Plaintiff's opposition, if any, within seven (7) days of the date of service.

6 Plaintiff may also notify the Court of his willingness to stand on his prior opposition, to the
7 extent that any arguments remain relevant.

8 If Plaintiff does not file an opposition or otherwise communicate with the Court, the Court
9 may decide the pending motion without his input.

IT IS SO ORDERED.

Dated: **February 11, 2015**  /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE